# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                    Case No. 12-cv-40098-JPG

LOUISE K. SAINE,

        Defendant.

## MEMORANDUM AND ORDER

To the extent this Court's order of April 24, 2017, (Doc. 54) denied a request under 28 U.S.C. § 2255, the Court declines to issue a certificate of appealability. Pursuant to Rule 11(a) of the Rules Governing § 2255 Proceedings and Rule 22(b)(1) of the Federal Rules of Appellate Procedure, the Court must decide whether to issue a certificate of appealability when it issues a final order adverse to the petitioner in a § 2255 proceeding. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Tennard v. Dretke*, 542 U.S. 274, 282 (2004); *Ouska v. Cahill-Masching*, 246 F.3d 1036, 1045 (7th Cir. 2001). To make such a showing, the petitioner must "demonstrate that reasonable jurists could debate whether [the] challenge in [the] habeas petition should have been resolved in a different manner or that the issue presented was adequate to deserve encouragement to proceed further." *Ouska*, 246 F.3d at 1046; *accord Buck v. Davis*, 137 S. Ct. 759, 773 (2017); *Miller-El v. Cockrell*, 537 U. S. 322, 327 (2003). The Court finds that Saine has not made such a showing and, accordingly, **DECLINES** to issue a certificate of appealability. The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for consideration in connection with Appeal No. 17-1985.

**IT IS SO ORDERED.**
**DATED:  May 15, 2017**

                        s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**