UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUISE K. SAINE,

    Defendant.

Case No. 12-cv-40098-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Louise K. Saine's motion for leave to proceed on appeal *in forma pauperis* (Doc. 61). Saine is appealing the Court's decision to dismiss her request for a sentence reduction under *Johnson v. United States*, 135 S. Ct. 2551 (2015), and to deny her request for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the United States Sentencing Guidelines Manual (Doc. 54).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

Saine has not submitted an affidavit demonstrating her indigency, although it appears from the prison trust fund statement she provides that she may be able to do so if given a chance. However, more importantly, Court **CERTIFIES** that Saine's appeal is not taken in good faith. None of the legal points relied on by the Court in the order from which Saine appeals is

reasonably arguable on its merits.  Accordingly, the Court **DENIES** the motion for leave to proceed *in forma pauperis* (Doc. 61).  Saine may reapply to the Court of Appeals for leave proceed *in forma pauperis*.  Fed. R. App. P. 24(a)(5).  The Court **DIRECTS** the Clerk of Court to send Saine a form motion for leave to proceed *in forma pauperis* that she may submit to the Court of Appeals.

**IT IS SO ORDERED.**
**DATED:  May 25, 2017**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**