UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUISE K. SAINE,

    Defendant.

Case No. 12-cv-40098-JPG-

## MEMORANDUM AND ORDER

This matter comes before the Court on a motion (Doc. 74) from defendant Louise K. Saine to reopen a prior motion for a sentence reduction in light of Amendment 782 to the United States Sentencing Guidelines Manual ("U.S.S.G.") (Doc. 53). The Court denied that motion, and that decision is currently on appeal (Appeal No. 17-1985). The Court does not have jurisdiction to grant relief concerning an issue currently on appeal. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). The Court therefore **DISMISSES** Saine's motion to reopen (Doc. 74).

However, the Court believes Saine's motion could also be construed as a motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on a different guideline amendment – Amendment 780. Accordingly, the Court **DIRECTS** the Clerk of Court to refile her motion as a motion for a sentence reduction under Amendment 780.

**IT IS SO ORDERED.**
**DATED: October 31, 2017**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**