UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUISE K. SAINE, <br><br> Defendant. | Case No. 12-cv-40098-JPG- |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Louise K. Saine's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on Amendment 780 to the United States Sentencing Guidelines (Doc. 76). Amendment 780 clarified when a statutory minimum sentence limits the amount of a sentence reduction under § 3682(c)(2) where a defendant's original sentence was below the statutory minimum because of substantial assistance to the Government.

Amendment 780 does not apply to Saine for two reasons. First, her original sentence of 108 months was not below the statutory minimum sentence because there was no statutory mandatory minimum. *See* 21 U.S.C. § 841(b)(1)(C) (statutory range for defendant like Saine with prior drug conviction is "not more than 30 years"). Second, as explained in the Court's April 24, 2017, order (Doc. 54), Saine is not eligible for a sentence reduction under § 3682(c)(2) because she was a career offender.

For these reasons, the Court **DENIES** Saine's motion for a sentence reduction based on Amendment 780 (Doc. 76).

**IT IS SO ORDERED.**
**DATED: February 21, 2018**

                 s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**